

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00446-CV

**IN RE 101 LEXINGTON TOWER, LLC
AND LEX AVENUE HOTEL, LLC**, Relators

Original Proceeding[1][2]

PER CURIAM

Sitting:    Beth Watkins, Justice
           Lori I. Valenzuela, Justice

Delivered and Filed: September 11, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On July 8, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-09922, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Marialyn Barnard presiding.

[2] We invoke Rule of Appellate Procedure 2, to the extent necessary, to suspend Rule 41.1(a)'s possible application and to issue this opinion with two justices participating. TEX. R. APP. P. 2.